UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 21, 2020
David J. Bradley, Clerk

| | |
|---|---|
| Macrina Flores, | § |
|     Plaintiff, | § |
| versus | §    Civil Action H-19-2037 |
| Wal-Mart Stores Texas, LLC, | § |
|     Defendant. | § |

## Final Judgment

No evidence supports an essential element of her claim. Macrina Flores takes nothing from Wal-Mart Stores Texas, LLC. (33)

Signed on September 21, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge